# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** | : |
| | : Case No.: 3:20-cv-00445 (MPS) |
| **Plaintiff,** | : |
| v. | : |
| | : |
| **LAKE AVENUE ASSOCIATES LLC,** | : |
| | : |
| **Defendant.** | : |
| _____ | : JUNE 29, 2020 |
| | : |

## NOTICE OF SETTLEMENT

Plaintiff, by and through undersigned counsel, hereby gives notice to the Court that this matter has settled and it is anticipated that a stipulated request for dismissal will be filed within the next thirty (30) days.

        Respectfully submitted,

        Attorney for Plaintiff:

        /s/ L. Kay Wilson

        L. Kay Wilson, Esq.
        Fed. Juris: ct16084
        WILSON LAW
        2842 Main Street, #332
        Glastonbury, CT 06033
        (860)559-3733 Tele/Text
        Wilson@kaywilsonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2020, a copy of the foregoing Motion For Default was filed electronically and served on all counsel of record via the Court's CM/ECF system.

/s/ L. Kay Wilson, Fed. Juris ct16084